IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEWEL KAY BRADSHAW,

        Plaintiff,

        vs.                          Case No. 12-2075-SAC

HILLCREST DAVIDSON AND
ASSOCIATES, LLC,

        Defendant.

## ORDER

The Court, after being advised that this case had been settled, issued an order on June 4, 2012, requiring that all closing documents be filed by July 5, 2012. Closing documents have not been filed and the Court hereby orders this action be dismissed with prejudice. Either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated within 60 days of the filing of this order.

IT IS SO ORDERED this 6th day of July, 2012, at Topeka, Kansas.

                                            s/ Sam A. Crow
                                            Sam A. Crow
                                            U.S. District Senior Judge